UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: ) | |
| ) | |
| ) | Chapter 13 |
| DOUGLAS HOYT, ) | |
| ) | |
| Debtor. ) | Case No. 17-41860 |
| ) | |
| ) | |

**ORDER ON DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY FREE AND CLEAR OF ALL LIENS AND INTERESTS**

Upon consideration of the Amended Motion For Authority To Sell Real Property Free And Clear of All Liens and Interests (the "Motion") filed by Douglas Hoyt (the "Debtor"), seeking the entry of an order authorizing the Debtor to effectuate a Purchase and Sale Agreement as annexed to the Motion (the "Purchase and Sale Agreement") between the Debtor and Valentin Ngofo (the "Buyer"), and authorizing the sale of the Debtors' interest in real property located at 19 Portland Street, Fitchburg, Massachusetts (the "Property") for consideration in the amount of $516,000.00, free and clear of all liens, claims and interests; and notice having been given to all parties as reflected in the certificate of service filed with the Court; and non-opposition responses having been filed by U.S. Bank Trust National Association, as Trustee of the Dwelling Series III Trust, as serviced by SN Servicing Corporation ("U.S. Bank Trust") and Partners for Payment Relief DE II, LLC ("Partners"); and no higher offers having been submitted, after due deliberation thereon, and good cause appearing therefor,

IT IS HEREBY ORDERED that the relief requested in the Motion is granted and the Debtor is authorized to sell, transfer, and convey the Property to the Buyer, free and clear of all liens, claims and interests pursuant to 11 U.S.C. section 363 with all such interests to attached to the proceeds, if any; and

IT IS HEREBY ORDERED that pursuant to Bankruptcy Code sections 105 and 363, the Purchase and Sale Agreement is hereby approved, the Debtor and the Buyer are

533825v.1

each hereby authorized to take any actions necessary or appropriate to consummate the Sale of the Property to the Buyer and the closing of the Sale in accordance with the terms of the Purchase and Sale Agreement, the Motion, and this Order; and

IT IS HEREBY ORDERED that upon consummation of the Sale, the closing agent is hereby authorized and ordered to disburse the proceeds and make the following payments without further Order of this Court:

a. Payoff in full the first mortgage of U.S. Bank Trust in the amount of $113,717.25 or as otherwise agreed to;

b. Payoff in full of the second mortgage of Partners in the amount of $22,503.84 or as otherwise agreed to;

c. Payoff to IRS in the amount of $33,809.73 or as otherwise agreed to;

d. Payoff to MDOR in the amount of $6,096.28 or as otherwise agreed to;

e. Normal and customary closing costs.

f. attorneys' fees to counsel to the Debtor, Bill N. Jacob, Esq., in the amount of $1,500.00.

g. brokers commission in the amount of $20,640.00;

h. The sum of $119,250.00 to be held in escrow by counsel for the Debtor pending further order of the Court regarding the mortgage to Green Point Mortgage Funding, Inc; and

i. Exempt proceeds of up to $500,000.00 directly to the Debtor pursuant to the Debtors' homestead exemption under Mass. Gen. Laws. ch. 188, § 1.

IT IS HEREBY FURTHER ORDERED that the Debtor shall provide a copy of the closing disclosure to the Chapter 13 Trustee within ten (10) days of closing; and

533825v.1

IT IS HEREBY FURTHER ORDERED that within forty-five (45) days of the date of this Order, the Debtors shall file a "Status Report Regarding Sale of the Estate Property" in accordance with Rule 13-14(c) of Appendix 1 of the MLBR; and

IT IS HEREBY FURTHER ORDERED that the Debtors shall file an amended Chapter 13 Plan and Motion to Approve the same within thirty (30) days of closing; and

IT IS HEREBY ORDERED that the Debtor may sell the Property immediately and the 14 day stay imposed by Federal Rule of Bankruptcy Procedure 6004(h) is hereby waived and shall be inapplicable to this Order.

_____  7/29/2022
United States Bankruptcy Judge

533825v.1